# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEOVANNY JOSE UCROS BOVEA,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Respondent. | Case No.:  3:26-cv-02302-RBM-DEB<br><br>**ORDER REFERRING PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 FOR EVALUATION REGARDING APPOINTMENT OF COUNSEL** |

On April 10, 2026, Petitioner Jeovanny Jose Ucros Bovea ("Petitioner") filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"). (Doc. 1.) The Court issued an Order dismissing the Petition without prejudice on April 15, 2026. (Doc. 2.) On May 5, 2026, Petitioner filed a document styled as an amended Petition, but really is a motion to appoint counsel. (*See* Doc. 4 at 7 ("I'm asking respectfully from federal court to provide me a free lawyer to complete my petition").)

Before proceeding, the Court hereby **REFERS** this Petition to Federal Defenders of San Diego, Inc. for an evaluation of whether Petitioner is eligible for appointment of counsel. The Court requests that Federal Defenders make their evaluation and file a status report addressing whether appointment of counsel is appropriate and/or notifying the Court of plans to file an amended petition **on or before May 22, 2026**. At that time, the Court will further screen the Petition or set a briefing schedule.

1

The Clerk of the Court is **DIRECTED TO TRANSMIT** a copy of the Petition (Doc. 1), the Motion to Appoint Counsel (Doc. 4), and this Order to Federal Defenders of San Diego, Inc. and the United States Attorney's Office.

**IT IS SO ORDERED**.

DATE:  May 14, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

2

3:26-cv-02302-RBM-DEB